**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Amwar Naserallah** | ) | **CASE NO. 1:05-cv-1022** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **U.S. Citizenship and Immigration** | ) | |
| **Services,** *et al.* | ) | **Judgment Entry** |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order GRANTING defendants' Motion for Summary Judgment (Doc. 20), hereby enters judgment in favor of all defendants and against plaintiff Amwar Naserallah.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 4/12/06

1